# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BOBBY DWAYNE WILLIAMS**
**ADC #142732 et al.**                                                                                      **PLAINTIFFS**

**v.**                    **CASE NO. 4:13CV00026 BSM/JTK**

**DARROW, Intake Officer, Omega Center,**
**Arkansas Department of Correction et al.**                                               **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 16] have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff John Grimes's claims are dismissed for failure to prosecute.

2. Plaintiff Bobby Williams's complaint is dismissed for failure to state a claim.

3. Dismissal of the action constitutes a "strike" within the meaning of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g).

4. Pursuant to 28 U.S.C. § 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order and judgment would not be taken in good faith.

An appropriate judgment shall accompany this order.

Dated this 16th day of May 2013.

_____
UNITED STATES DISTRICT JUDGE